# United States Court of Appeals

**FOR THE EIGHTH CIRCUIT**

_____

No. 97-4307

_____

United States of America,      *
     *
         Appellee,      *
     *    Appeal from the United States
       v.      *    District Court for the
     *    District of Nebraska
Andrew M. Jaskiewicz, also known      *
as Andrew Maurice Hart,      *    [UNPUBLISHED]
     *
         Appellant,      *
     *
John Doe, or current unknown      *
occupants; Jane Doe, or current      *
unknown occupants,      *
     *
         Defendants.      *

_____

Submitted: November 2, 1998
Filed: November 6, 1998

_____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Andrew Mark Jaskiewicz a/k/a Andrew Maurice Hart appeals from the district court's[1] adverse grant of summary judgment in an action in ejectment. Having carefully reviewed the record and the parties' submissions, we conclude that the district court's judgment is correct. See 8th Cir. R. 47B.

Accordingly, we affirm the judgment of the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT

---

[1] The Honorable William G. Cambridge, Chief Judge, United States District Court for the District of Nebraska.